CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

STEPHEN A. HORNER (SBN: 292971)
steve@farwellrashkis.com
FARWELL RASHKIS, LLP
223 W. Main St., Suite B
Los Gatos, CA 95030
Telephone: (408) 399-0505
Attorneys for Defendants
SC Campbell, LP and Project Whitelight LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON | Case: 5:21-cv-01622-EJD |
|     Plaintiff, | |
|   v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| SC CAMPBELL, LP, a California Limited Partnership; PROJECT WHITELIGHT LLC, a California Limited Liability Company | |
|     Defendants. | |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated: June 02, 2021          CENTER FOR DISABILITY ACCESS


By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: June 02, 2021          FARWELL RASHKIS, LLP

By: /s/ Stephen A. Horner
    Stephen A. Horner
    Attorneys for Defendants
    SC Campbell, LP and Project
    Whitelight LLC

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Stephen A. Horner, counsel's for SC Campbell, LP and Project Whitelight LLC and that I have obtained Mr. Horner's  authorization to affix his electronic signature to this document.


Dated: June 02, 2021                    CENTER FOR DISABILITY ACCESS


                                        By: /s/ Amanda Seabock
                                             Amanda Seabock
                                             Attorneys for Plaintiff

Joint Stipulation for Dismissal                    Case: 5:21-cv-01622-EJD